UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL - 3 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. **4:19CR00517 RWS/DDN** |
| JOSEPH A. YOAST, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Between on or about June 3, 2019 and June 28, 2019, in St. Louis County, Missouri within the Eastern District of Missouri and elsewhere,

**JOSEPH A. YOAST,**

the defendant herein, did knowingly travel in interstate commerce, from Alabama to Saint Louis County, Missouri, for the purpose of crossing one or more State lines to engage in a sexual act with a person under 16 years of age, at a time that the defendant was at least 4 years older than such person, in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
Jillian S. Anderson #53918MO
Assistant United States Attorney